

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cv-00695-LJO-SAB |
|---|---|
| Petitioner, | **ORDER FINDING RESPONDENT IN CIVIL CONTEMPT OF ORDERS FILED AUGUST 28, 2012, AND FEBRUARY 1, 2013** |
| v. | |
| JORGE RUIZ, | |
| Respondent. | |

This matter came before me on March 13, 2013, under the Contempt Order to Show Cause filed February 1, 2013.  Assistant United States Attorney Yoshinori H. T. Himel and investigating Revenue Officer David M. Lopez were present.  Respondent did not file opposition to contempt and did not appear at the show-cause hearing.  Based upon the entire record and the oral proceedings, I make the following findings:

    1.    By Order filed August 28, 2012, I enforced an IRS summons issued October 11, 2011, directed to the respondent, Jorge Ruiz, and seeking testimony, books, records, papers, and other data to aid RO Lopez' investigation to obtain financial information relevant to the IRS's efforts to collect income tax liabilities for the tax years ending December 31, 2003, December 31, 2005, December 31, 2006, December 31, 2007, and December 31, 2008, assessed against Jorge Ruiz. I ordered respondent to meet with the investigating Revenue Officer at a date to be set by the Revenue

Officer, and to produce all testimony, books, records, and other data demanded by the IRS summons issued October 11, 2011.

2. On September 7, 2012, the Revenue Officer wrote the respondent setting the compliance date for September 27, 2012, at 10:00 a.m., at 2525 Capitol Street, Suite 206, Fresno, California. The respondent did not appear, and he failed to provide the testimony and documents demanded in the summons. On January 31, 2013, Petitioner filed a Petition for Contempt of Order filed August 28, 2012.

3. This Court's Order filed February 1, 2013, required respondent to appear before this Court on March 13, 2013, at 8:15 a.m., and show cause as to why he should not be held in contempt for failure to comply with the Order filed August 28, 2012. This order further set a date certain for a written response by the respondent. This order was duly served by mail upon the respondent.

4. Respondent failed to file a written response, and failed to appear at the hearing.

5. Respondent's failure to comply with the Order filed August 28, 2012, continues to the present.

6. "A court has the inherent power to punish for civil or criminal contempt any obstruction of justice relating to any judicial proceeding." Lambert v. Montana, 545 F.2d 87, 88 (9th Cir. 1976). Petitioner has the burden of proving its prima facie case by clear and convincing proof. Balla v. Idaho State Bd. Of Corrs., 869 F.2d 461, 466 (9th Cir. 1989).

7. By the Petition for Contempt and supporting documents, including the declaration of David M. Lopez, Petitioner has met this burden.

Based upon the foregoing, I find, order and adjudge as follows:

A. Respondent, JORGE RUIZ, is in civil contempt of this Court for his failure to comply with the Order filed on August 28, 2012, directing Respondent to comply with the IRS summons issued October 11, 2011, and with the Order filed February 1, 2012, ordering respondent to appear before me for the trial of his civil contempt.

B. A Bench Warrant for the arrest of Respondent, JORGE RUIZ, will issue.

ORDER FINDING RESPONDENT IN CIVIL CONTEMPT OF ORDERS
FILED AUGUST 28, 2012, AND FEBRUARY 1, 2013

C. After arrest, Respondent, JORGE RUIZ, is to be incarcerated and brought before me for hearing on the remedies for his civil contempt.

It is SO ORDERED.

Dated: _March 13_, 2013

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE