BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
email:  yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cv-00695-LJO-SAB |
|---|---|
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| JORGE RUIZ, | **Taxpayer:** **JORGE RUIZ** |
| Respondent, | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons being enforced here. The case can and should be closed.

Dated:  April 19, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   */s/   YHimel*
YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
Attorneys for Petitioner
United States of America

## **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

Dated:   **April 19, 2013**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE